UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ROYCE DENTON MCLIN
    *Plaintiff*

VERSUS

Civil Action No.
3:13-CV-00538-SDD-RLB

JASON GERALD ARD, IN HIS CAPACITY AS SHERIFF OF LIVINGSTON PARISH, LPSO DETECTIVE BANJAMIN THOMAS BALLARD, LPSO DETECTIVE JACK R. ALFORD, JR., LPSO MAJOR STAN CARPENTER, LPSO LIEUTENANT COLONEL BRIAN P. SMITH, LPSO DETECTIVE BONITA G. SAGER, LPSO DEPUTY WILLIAM "WILLIE" DORSEY, COUNCLIMAN JAMES R. "JIM" NORRED, JR., COUNCILWOMAN CYNTHIA G. "CINDY" WALE, AND COUNCILMAN CHANCE MCGREW PARENT
    *Defendants*

## ORDER

Considering the above and foregoing motion;

**IT IS ORDERED** that plaintiff Royce Denton McLin appear and show cause on the ____ day of _____, 2013, at _____ o'clock __.m. why the motion to dismiss, pursuant to *FRCP Rule 12(b)(6)*, for failure to state a claim upon which relief can be granted of James R. "Jim" Norred, Cynthia G. "Cindy" Wale, and Chance McGrew Parent should not be granted, and why plaintiff's claims against them in the above entitled and numbered cause should not be dismissed, with prejudice, at plaintiff's costs; and, alternatively – in the event that this Honorable Court does not dismiss plaintiff's claims against said defendants in their entirety – why plaintiff's claims against said defendants for purported respondeat

superior liability for the actions of the law enforcement co-defendants should not be dismissed, with prejudice, at plaintiff's costs, under *FRCP Rule 12(b)(6)*.

Baton Rouge, Louisiana, this _____ day of _____, 2013.

_____
**UNITED STATES DISTRICT JUDGE**