UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROYCE DENTON McLIN** | \* CIVIL ACTION NO.: 13-538-SDD-RLB |
| | \* |
| **VERSUS** | \* JUDGE: SHELLY D. DICK |
| | \* |
| **JASON GERALD ARD, IN HIS CAPACITY AS SHERIFF OF LIVINGSTON PARISH, ET AL.** | \* MAG. JUDGE: RICHARD L. BOURGEOIS, JR. |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that defendants, Jason Ard, Sheriff of Livingston Parish, State of Louisiana, Benjamin Thomas Ballard, Jack A. Alford, Stan Carpenter, Brian P. Smith, Bonita Sager, and William Dorsey (the "LPSO defendants"), hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Ruling issued February 10, 2014 denying in part the LPSO defendants' Motion to Dismiss for Failure to State a Claim Pursuant to Rule 12(b)(6)[1] and its May 15, 2014 order denying the LPSO defendants' Motion for Reconsideration.[2]

RESPECTFULLY SUBMITTED,

BREAZEALE, SACHSE & WILSON, L.L.P.
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029
Email: Cullen.Dupuy@bswllp.com
Email: Druit.Gremillion@bswllp.com

/s/ Cullen J. Dupuy
Cullen J. Dupuy, T.A. (La. Bar Roll No. 22345)
Druit G. Gremillion, Jr. (La. Bar Roll No. 33867)

---

[1] R. Doc. 16
[2] R. Doc. 19.

1189430.1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROYCE DENTON McLIN** | * **CIVIL ACTION NO.: 13-538-SDD-RLB** |
| | * |
| **VERSUS** | * **JUDGE: SHELLY D. DICK** |
| | * |
| **JASON GERALD ARD, IN HIS** | * |
| **CAPACITY AS SHERIFF OF** | * **MAG. JUDGE: RICHARD L.** |
| **LIVINGSTON PARISH, ET AL.** | * **BOURGEOIS, JR.** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing Notice of Appeal has this date been electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

Baton Rouge, Louisiana, this 30th day of May, 2014.

                                            /s/ Cullen J. Dupuy
                                            Cullen J. Dupuy