UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROYCE DENTON McLIN** | * CIVIL ACTION NO.: 13-538-SDD-RLB |
| **VERSUS** | * JUDGE: SHELLY D. DICK |
| **JASON GERALD ARD, IN HIS CAPACITY AS SHERIFF OF LIVINGSTON PARISH, ET AL.** | * MAG. JUDGE: RICHARD L. BOURGEOIS, JR. |

# ORDER

Considering the foregoing Re-Urged Motion to Dismiss Pursuant to Rule 12(b)(6):

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

All claims asserted against Sheriff Jason Ard, Benjamin Thomas Ballard, Jack A. Alford, Stan Carpenter, Brian P. Smith, Bonita Sager, and William Dorsey under federal law are hereby dismissed, with prejudice.

Signed in Baton Rouge, Louisiana, this _____ day of _____, 2015

_____
**JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

1292864.1